UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAUFMAN,

        Plaintiff,

   v.

,

        Defendant.

Case No. 16-cv-01158-JD

**ORDER OF DISMISSAL**

This case was opened when plaintiff wrote a letter to the Court about prison conditions. In an effort to protect his rights, it was filed as a new case. Plaintiff was advised that he needed to file a formal complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

Plaintiff has sent a letter to the Court indicating that he did not intend to file a new case. This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 19, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAUFMAN,

        Plaintiff,

   v.

,

        Defendant.

Case No.  16-cv-01158-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joel D. Kaufman
P.O. Box 705
#AT3133
Soledad, CA 93960

Dated: April 19, 2016

        Susan Y. Soong
        Clerk, United States District Court

By: _____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO